937 F.2d 599
 U.S.
v.
Nweke (Anthony N.), a/k/a Ike (Lammy, Lammy A., Lemmy A.),
Thomas (Kenneth), Thomas (Michael K.), Manigault (Kimberly
R.), a/k/a Romaine (Kimberly R.), Wells (Darnella C.),
Ocheja (Arome), Embry (Shawn E.), Nweke (Matthew K.), a/k/a
Chuba (Martin), Chupa (Martin), Awan (Tony), Mulligan
(Gerald), Emejula (Anthony Chukwuma), a/k/a Emejuly (Chuma),
Enech (Anthony), Eneh (Tony)
 NO. 91-3136
 United States Court of Appeals,
Third Circuit.
 JUN 21, 1991
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.